AO 458 (Rev. 01/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

DOC # 5

United States of America
    *Plaintiff*

v.

Hassan Khan
    *Defendant*

Case No. 15 MAG 3141

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am authorized to practice in this court, and I appear in this case as counsel for:

Hassan Khan

Date: 9/8/2015

*Attorney's signature*

Daniel DeMaria (DD-4130)
*Printed name and bar number*

26 Broadway, 21 Fl. New York, NY
*Address*

ddemaria@nyslitigators.com
*E-mail address*

212-658-1955
*Telephone number*

877-607-5419
*FAX number*