Honorable Judge Rakoff:

I am writing to express my deep regret at the course of my actions and to ask for leniency in punishment so I may have a chance to redeem myself in the eyes of my family, friends and society. Although no justification exists for the series of terrible decisions I made, at no point did I intentionally seek to harm or take advantage of [redacted] and her family. Nevertheless, I recognize the impact and the emotional strain which has resulted from my actions and for which I take full responsibility. I desire to make right for my errors, but I feel helpless to offer nothing but a sincere apology.

From my initial chance encounter with [redacted] over seven years ago in November 2008, I made a series of poor judgements. I should have broken off all communication with her when she informed me she was thirteen. At the onset, I never imagined our conversations would amount to or lead to anything substantial. I believed the understanding was implicit

between us that given our age gap, for I never concealed my identity from her. And when I inquired if she was comfortable speaking to someone who was twenty-one, she replied that she regularly conversed with people around that age whom she had met on-line. Even then, I had no interest in speaking to her, and therefore never actively discouraged myself or [redacted] as I thought our conversations would come to a natural end.

During the first two years, I rarely initiated a conversation with her, since her existence did not register in my conscious mind. Our conversations dwindled to fewer than once or twice a month. However, in the past few years I came to the realization that it was my responsibility to cease all contact and I sincerely wish I had acted upon that, as I used to offer [redacted] [redacted] advice about being cautious in speaking to strangers online. Personally, I did not seek out [redacted], or any young person, but I wish I had the maturity and wisdom to end contact in the first few months of meeting her.

Nevertheless we continued to have the occasional conversations and they grew more frequent because, subconsciously, I was becoming fond not so much of her as a person, but her words. We would converse on a variety of topics including politics, science, religion, women's rights and many other subjects. Although I was weary to share details about my personal life, [redacted] had no such qualms and she shared with me the difficulties of her life. She told me in excruciating detail the bullying she faced in her school and home. And, as a way to cope, she began to self harm after the loss of her grandmother few years before meeting me. I felt such profound sympathy for [redacted] that it clouded my judgement in breaking off contact. Furthermore, she told me our conversations were a welcomed distraction for her. And when, one day, she confided in me her intention to commit suicide, I almost felt it was my responsibility to rescue her from her predicament. Looking back, I now realize I was young, foolish and held the arrogant belief I had the expertise to help someone.

My trip to the UK in April 2012 was another

given a chance to make amends, just to
myself but I cannot. I can only hope for
official. I wish I could rewind time and stop
her injuries and have his life was
impact of my actions and I am only unaware what
I could to aid ███ to ███. I always the
to her. his family was aware of my culture and
their character. I did not was injured myself
I was intended to just cause most of all
I felt incredible regret for my actions

and guilt. I have had much time to reflect and
faithful to me the impact of my actions. Over the
years. the memories and I lacked the
the following my incident churched me. I was
many men ever before taking any drastic step.
a man addicted a relationship we would not
to anyone. We both understood that if we wanted
I had no intention to commit anything illegal
like we were again were here with his forever.
anywhere of my trip was just to lookout around
anywhere to see deeply for ███ and the
the wrong men entirely at this point. I had
I had not just taken a wrong path just ended
change in a series of poor and misguided judgments

directly than to society in general. During our final conversations in 2013, I attempted to express to her my thoughts and to apologize for my actions, but Ms. Meadows refused to forgive me, for she believed I was the cause of her declining mental. I hope now that my severe punishment brings her a sense of justice.

In addition, the consequences of my actions created a dire impact on my family from which they continue to suffer. For my parents, to witness their only son imprisoned has been nothing less than the greatest calamity. My parents sacrificed their lives for their children when they ~~took~~ made the decision to migrate to this country. I took these opportunities for granted as I squandered them and I am failing to fullfill my responsibilities by being a disappointment. I have abandoned my parents during the time they need me most. My father suffered a stroke and my parents rely on me to handle many of the family affairs and navigate them through the complexities of a society that is vastly different from their background. I am helpless to offer them any support at the present, but I hope I am given the shortest sentence possible so I may fullfill

my responsibilities to them.

My parents raised me with strong morals and principals. They raised me to be a person of strong character and integrity. I want a chance to show them I am capable of living up to their expectations. They deserve much more from me. They are innocent and noble and do not deserve the punishment of suffering. My grandmother, is another whom I love and have disappointed. She raised me during my early childhood, and requires as much support as possible while she grapples with a slew of chronic illnesses. It frightens and saddens me deeply to imagine I may never be there for her, nor have the chance to be her support.

The consequences of my actions have been equally devastating upon my five sisters. They hold me in high esteem, depend upon me as their brother and envision me as a strong role model. I have utterly failed them. They continue to be supportive even though I have been selfish and unjust to them. Perhaps, if I had the wisdom to think about the impact of my transgressions, I could have spared them this pain. I have learned my lesson. I was

not there for my sister's graduation last month and will not be present at another's in the following week. Reflecting on this, it disheartens me beyond words to realize I will miss the defining moments in their lives. Their weddings, graduations and the many other events that will shape their lives. I cannot share in their happiness and grief. At the birth of my niece, ten days before my remandment, it dawned on me the many mile stones I will miss in her life and the life of my family. I wish I had the providence to understand the repercussions on both our lives. I know I have to face the consequences of my actions but I ask that it is not so severe that I don't have a chance to make ammends to my family, to be present in their lives and deliver upon the promises I have made.

My arrest came as a complete and total shock to me. In a heartbeat, everything I worked so diligently in my life was shattered and lost. I had a life long dream to become a physician. I worked extremely hard and dedicated myself completely to this profession. Nothing brought me more joy than to see a smile on my patients; I have lost

it all. As a consequence of my actions, I may never be given a chance to practice medicine again. It is easy for a person to say, amidst the ramifications of his conduct, that in retrospect he regrets his actions. But I regret them ever since the gravity of my errors dawned on me over three years ago. I had hoped to redeem myself through my career and had devoted myself completely to help the people who come under my care. I understand the responsibility is entirely mine for damaging my career and my life. But I still have youth on my side and after gaining my liberty still have the desire and motivation to excel in another career.

I believe the purpose of imprisonment is to give a chance for a person to reform. I have reformed as evident by the fact I have never done anything remotely similar. I have also matured, your honor, in my relationships, in my conduct and my outlook of life. I request that I am given a second chance to succeed so I may become a productive and propitious member of society, pay restitution to [redacted] and fulfill my responsibilities to my family.

Given everything, I continue to be optimistic for my future. I lost the career of my dreams, felt the suffering of the people I love, experienced the loss of my integrity, my honor, my freedom and most of all I hurt the person I cared for. Yet, even ~~throng~~ though a fog of uncertainty looms in my future, I am positive that given a second chance I can make ammends.

I appreciate and understand the need for an objective analysis of the risk of recividism, but I can assure you I will never conduct myself in a similar manner. My action was not only wrong, but unfitting of my character. In closing, your honor, I reiterate that I take full responsibility for my conduct and I have learned from this ordeal. My intentions were never to hurt anyone, but I recognize the harm I have caused. I appeal to you that I be given the shortest sentence possible, so that I may make ammends for my future and rise to something greater than my faults.

Sincerely,

[illegible signature]

H[illegible] S. K[illegible]