UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
HASSAN KHAN,                                    :

                Movant,              :

            -against-                  :      **ORDER**

UNITED STATES OF AMERICA,      :      20-CV-945 (JSR) (KNF)
                                                             15-CR-804-1 (JSR)

              Respondent.        :
------------------------------------------------------X
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

      Hassan Khan made a motion "pursuant to 28 U.S.C. $2255 to vacate his sentence in this matter based on the ineffective assistance of his defense counsel," Jeffrey Louis Greco. "If the motion is not dismissed, the judge may direct the parties to expand the record by submitting additional materials relating to the motion," and "must give the party against whom the additional materials are offered an opportunity to admit or deny their correctness." Rule 7 of the Rules Governing Section 2255 Proceedings for the United States District Courts. It IS ORDERED that:

(a) on or before September 11, 2020, Jeffrey Louis Greco, Esq. serve and file his affidavit responding to the plaintiff's claim that he rendered ineffective assistance to him;

(b) on or before September 21, 2020, the movant serve and file his reply to Jeffrey Louis Greco's affidavit;

(c) any motion for an evidentiary hearing be made on or before September 28, 2020; and

(d) the Clerk of Court is directed to serve this order on Jeffrey Louis Greco, Esq. via his e-mail address indicated in the underlying criminal case.

Dated:  New York, New York                               SO ORDERED:
        September 1, 2020

                                                                             *Kevin Nathaniel Fox*
                                                                             KEVIN NATHANIEL FOX
                                                                             UNITED STATES MAGISTRATE JUDGE