UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
UNITED STATES OF AMERICA,

        -against-                                 **SEALING ORDER**

HASSAN KHAN,                                   15-CR-804 (JSR)

        Defendant.
-------------------------------------------------------------X
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

       IT IS HEREBY ORDERED that the psychiatric report and forensic psychological report attached as Exhibits A and B, respectively, to the Declaration of JaneAnne Murray, filed on September 5, 2019, Docket Entry No. 52, are sealed. The movant shall, on or before September 4 2020, file the above-referenced exhibits with the Clerk of Court.

       This order resolves the motion appearing at Docket Entry No. 56.

Dated:  New York, New York                SO ORDERED:
           September 2, 2020

                                                       KEVIN NATHANIEL FOX
                                                       UNITED STATES MAGISTRATE JUDGE