UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
HASSAN KHAN,                                    :
                                                :
        Movant,                             :     **ORDER**
                                                :
  -against-                                    :     20-CV-945 (JSR)(KNF)
                                                :     15-CR-804-1 (JSR)
UNITED STATES OF AMERICA,                       :
                                                :
        Respondent.                         :
------------------------------------------------------------X
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

      IT IS HEREBY ORDERED that a telephone conference shall be held in the above-captioned action on December 8, 2020, at 11:00 a.m. All parties are directed to call (888) 557-8511 and, thereafter, enter access code 4862532.

Dated:  New York, New York        SO ORDERED:
       December 3, 2020

                                                  _Kevin Nathaniel Fox_
                                                KEVIN NATHANIEL FOX
                                                UNITED STATES MAGISTRATE JUDGE