UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
HASSAN KHAN,                                          :

          Movant,                                :
                                                    ORDER
      -against-                                  :
                                                  20-CV-945(JSR)(KNF)
UNITED STATES OF AMERICA,               :            15-CR-804-1 (JSR)

          Respondent.                       :
----------------------------------------------------------------X
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

       The Warden or other official in charge of FCI Fort Dix shall provide the movant, Hassan Khan, Register No. 72762-054, a private room with either a laptop computer, desktop computer or other comparable device, with such service as will permit the device to connect to the ZOOM video conferencing platform, so that he may participate remotely in an evidentiary hearing with the Court and counsel to the parties commencing on January 21, 2021, at 10:00 a.m. and for such time thereafter, until the hearing is completed.  Movant Hassan Khan shall appear, in the private room designated by the Warden or other official in charge of FCI Fort Dix  to participate remotely in the evidentiary hearing with the Court and counsel to the parties on January 21, 2021, at 10:00 a.m., and for such time thereafter, until the hearing is completed.  Instructions for participating in the evidentiary hearing through the ZOOM video conferencing platform will be provided to the Warden or other official in charge of FCI Fort Dix through a separate order, prior to the date of the hearing.

       Counsel to the movant is directed to served a copy of this order on the Warden or other official in charge of FCI Fort Dix expeditiously and to file proof of service with the Clerk of Court.

Dated:  New York, New York                        SO ORDERED:
         December 9, 2020

                                                                    _____
                                                                    KEVIN NATHANIEL FOX
                                                                    UNITED STATES MAGISTRATE JUDGE