UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
HASSAN KHAN,                                    :

                Movant,            :

                -against-             :            **ORDER**

UNITED STATES OF AMERICA,        :            20-CV-945 (JSR) (KNF)
                                                                             15-CR-804-1 (JSR)

                Respondent.   :
------------------------------------------------------X
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

      On December 16, 2020, the movant made a motion "for a subpoena *duces tecum* seeking discovery in connection with his 28 U.S.C. § 2255 petition." On or before December 23, 2020, the respondent shall file its response to the motion. Any reply may be filed on or before December 31, 2020.

Dated:  New York, New York                        SO ORDERED:
          December 16, 2020

                                                           _____
                                                           KEVIN NATHANIEL FOX
                                                           UNITED STATES MAGISTRATE JUDGE