UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
HASSAN KHAN,                                          :

               Movant,         :

              -against-         :            **ORDER**

UNITED STATES OF AMERICA,                   :            20-CV-945 (JSR) (KNF)
                                                                                 15-CR-804-1 (JSR)

             Respondent.   :
------------------------------------------------------X
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

      The parties' January 4, 2021 joint request for an adjournment of the remote evidentiary hearing, Docket Entry No. 21 (20-CV-945) and Docket Entry No. 89 (15-CR-804-1), is granted. Direct testimony by each witness's affidavit and the pre-marked set of all exhibits are due on February 5, 2021, and the remote hearing will commence on February 18, 2021, at 10:00 a.m.

Dated:  New York, New York                            SO ORDERED:
         January 5, 2021

                                                          _____
                                                           KEVIN NATHANIEL FOX
                                                          UNITED STATES MAGISTRATE JUDGE