```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
HASSAN KHAN,                                          :

                    Movant,                           :

        -against-                                     :         **ORDER**

UNITED STATES OF AMERICA,                             :         20-CV-945 (JSR) (KNF)
                                                                15-CR-804-1 (JSR)
                    Respondent.                       :
------------------------------------------------------X
```

KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

      The remote hearing scheduled previously for January 21, 2021, is cancelled. Therefore, the Warden or other official in charge of FCI Fort Dix shall provide the movant, Hassan Khan, Register No. 72762-054, a private room with either a laptop computer, desktop computer or other comparable device, with such service as will permit the device to connect to the ZOOM video conferencing platform, so that he may participate remotely in an evidentiary hearing with the Court and counsel to the parties commencing on February 18, 2021, at 10:00 a.m. and for such time thereafter, until the hearing is completed. Movant Hassan Khan shall appear, in the private room designated by the Warden or other official in charge of FCI Fort Dix to participate remotely in the evidentiary hearing with the Court and counsel to the parties on February 18, 2021, at 10:00 a.m., and for such time thereafter, until the hearing is completed. Instructions for participating in the evidentiary hearing through the ZOOM video conferencing platform will be provided to the Warden or other official in charge of FCI Fort Dix through a separate order, prior to the date of the hearing. Counsel to the movant is directed to serve a copy of this order on the Warden or other official in charge of FCI Fort

Dix expeditiously and to file proof of service with the Clerk of Court.

Dated: New York, New York  
       January 5, 2021

SO ORDERED:

_____  
KEVIN NATHANIEL FOX  
UNITED STATES MAGISTRATE JUDGE