UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
HASSAN KHAN,                                              :

                      Movant,              :

                    -against-              :           **ORDER**

UNITED STATES OF AMERICA,               :           20-CV-945 (JSR) (KNF)
                                                           15-CR-804-1 (JSR)

                    Respondent.   :
------------------------------------------------------------X
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

       The government's January 5, 2021 request, Docket Entry No. 25 (20-CV-945) and Docket Entry No. 94 (15-CR-804-1), to respond to the movant's newly raised arguments in reply no later than January 7, 2021, is granted.

Dated: New York, New York                    SO ORDERED:
       January 6, 2021

                                                                          _/s/ Kevin Nathaniel Fox_
                                                                    KEVIN NATHANIEL FOX
                                                                    UNITED STATES MAGISTRATE JUDGE