

VIA OVERNIGHT MAIL
Hon. Kevin N. Fox
United States Magistrate Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

February 11, 2021

**USA v. Hassan Khan, 15 CR 804; 20 CV 945**

Your Honor:

     Please find enclosed a binder of the joint set of hearing exhibits in the above-captioned matter.  I also include a flash-drive with electronic versions of all the exhibits.
.

                  Respectfully submitted,


                  /s/

                  JaneAnne Murray

cc: AUSA Alex Rossmiller (w/o encs.)
Encs.

Flour Exchange Building | 310 South Fourth Avenue | Suite 5010 | Minneapolis | Minnesota 55415
612.339.5160 (w) | 866.259-7819 (f) | jm@mlawllc.com

www.mlawllc.com