```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
HASSAN KHAN,                                          :

                    Movant,                           :

            -against-                                 :         **ORDER**

UNITED STATES OF AMERICA,                             :         20-CV-945 (JSR) (KNF)

                    Respondent.                       :
------------------------------------------------------X
UNITED STATES OF AMERICA
                                                      :
15-CR-804-1 (JSR)
            -against-                                 :         15-CR-804-1 (JSR)

HASSAN KHAN,
                    Defendant.                        :
------------------------------------------------------X
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE
```

The evidentiary hearing respecting Hassan Khan's motion, "pursuant to 28 U.S.C. §2255 to vacate his sentence in this matter based on the ineffective assistance of his defense counsel," Jeffrey Louis Greco, shall commence on July 19, 2021, at 10:00 a.m., in courtroom 228, 40 Centre Street, New York, New York.

Dated: New York, New York                    SO ORDERED:
       May 5, 2021

                                             _____
                                             KEVIN NATHANIEL FOX
                                             UNITED STATES MAGISTRATE JUDGE

1